No. 05–5791. RESENDEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5793. COTA v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 05–5795. KING ET AL. v. CHILDS ET AL. Ct. App. D. C. Certiorari denied.

No. 05–5799. JACKSON v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5800. DOUGLAS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. ▮

No. 05–5803. DOUGLAS v. CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 05–5806. MONTGOMERY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. ▮

No. 05–5812. SPECK v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–5813. STILLMAN v. OHIO. Ct. App. Ohio, Delaware County. Certiorari denied.

No. 05–5814. RANSOM v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5816. LAMBERT v. BLODGETT. C. A. 9th Cir. Certiorari denied. ▮

No. 05–5820. MONTGOMERY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 05–5822. MORGAN v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied. ▮

No. 05–5823. JACKSON v. DINGLE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–5824. KESSEL v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied. ▮